AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL REEVES; HO PUN REEVES;
and DANA REEVES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV120-172

BRIAN KEMP, Governor of Georgia,
In his Official Capacity,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 12, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice and this case stands closed.



January 12, 2021                John E. Triplett, Acting Clerk
*Date*                                                              *Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03